No. 5494.—Zalduondo Mier & Co., en quiebra, por su *Trustee,* Pedro G. Quiñones, aplte., *v.* Reglero & Castrillo, et al., apldos., y Revilla, Interventor, apldo.—C. D. San Juan. Junio 18, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, aparece de los autos que Fidel Mier, uno de los demandados originalmente en el pleito, traspasó aparentemente o trató de traspasar su interés en el litigio ante el tribunal;

Por cuanto, también aparece de los autos que por estipulación se citó a Antonio Revilla, supuesto cesionario de dicho Fidel Mier, el cual subsiguientemente compareció;

Por tanto, teniendo esta corte la idea de que Fidel Mier

no es ahora parte necesaria para el fallo, por lo que no fué indispensable notificarle el escrito de apelación, y habiendo la parte promovente desistido del primer fundamento de su moción, no ha lugar a desestimar el recurso.